**STATEMENT OF FACTS**

On October 4, 2024, at approximately 2:15 a.m., Metropolitan Police Department (MPD) officers responded to 5707 Eads Street Northeast, Washington, DC after receiving a report of an armed carjacking.

The victim indicated, over the course of several conversations with law enforcement, that shortly after 1:00 a.m., he left his residence in his gold 2006 Infiniti M35X four-door sedan to purchase snacks from a nearby BP gas station at 5207 Nannie Helen Burroughs Avenue Northeast, Washington, DC. The victim drove directly to the gas station and did not notice anyone following him. Once at the gas station, the victim parked his vehicle directly in front of the door to the convenience store, exited his car, entered the store, and made his purchase. As he was exiting the store at approximately 1:45 a.m., the victim noticed a black four-door sedan parked directly next to his vehicle on the opposite side of the gas pumps. As the victim attempted to open the driver's door to his car, two individuals ("suspects") emerged from the black sedan. The person who got out of the driver's seat was later identified as Taurian ANDERSON, and the person who came out of the rear driver's side passenger door was later identified as Terrell EDMONDSON. Each suspect was holding a black handgun, one of which the victim thought was a Glock 26. At least one of the suspects pointed the firearm at the victim's head. One suspect said words like "Give me the keys and whatever else you got" or "give it all up." The victim handed to one suspect his cellphone, which was a damaged gold Apple iPhone 13, and two vehicle keys, one to unlock the car and the other to start it. Initially, the victim only produced the key that unlocked the car, but the suspects said multiple times "stop playing" so the victim handed them the second key to start the car. The suspects then directed the victim to stand near the Infiniti while they checked to make sure the keys worked, and they made the victim show them how to start the car. Once the suspects were able to start the car, they fled by traveling east on Burroughs Avenue Northeast towards 55th Street Northeast.

During these initial conversations, the victim said that the suspects were not familiar to him, but they were wearing ski masks, and appeared to be skinny black males in their late teens or early twenties. One of the suspects was approximately 5' 11", and the other stood about 5' 6". The victim said that one suspect had noticeable acne on his forehead. He identified one suspect as wearing all black, and the other as wearing black and grey. The victim was also asked additional questions about the vehicle used by the suspects. When questioned, the victim said the vehicle had circles in its logo. In response, an officer or detective mentioned the vehicle brand Audi, and the victim indicated that could be correct.

Once the suspects fled from the gas station, the victim began to walk/jog in the direction of his residence where he intended to call 911. As the victim made his way back to his residence, he observed his stolen vehicle and the black sedan stopped near H.D. Woodson Senior High School on 55th Street Northeast. It appeared to the victim that the occupants of the vehicles were talking as they were stopped next to one another. Within a few seconds, both vehicles drove away southbound on 55th Street Northeast. A few minutes later, the victim arrived at his residence and notified a family member, who called 911. Within the hour after the carjacking, the victim's mother attempted to locate the victim's phone via the "Find My iPhone" application but was unsuccessful.

## BP Gas Station Footage

MPD detectives obtained surveillance footage from the BP gas station, which corroborated the victim's account of the carjacking. The video shows the victim arrive in a gold Infiniti sedan with a Maryland license plate and park between the gas pumps and store entrance. While the victim is inside the store, a blue four-door Mercedes-Benz sedan pulls into the parking lot and stops alongside the gold Infiniti on the other side of the gas pump. The driver of the Mercedes-Benz, ANDERSON, exits the car. ANDERSON is a black male with a tattoo on the back of his right hand, wearing black pants, a black sweatshirt with an Under Armor logo on the right breast, white socks, and sneakers. The video shows a passenger, EDMONDSON, exiting from the rear driver's side passenger door of the Mercedes-Benz. EDMONDSON is a black male wearing a black ski mask, white shirt, black puffy jacket with a light fur-trimmed hood, black sweatpants, and sneakers. Two additional occupants can be seen in the front and rear passenger side seats, but they do not exit the vehicle. When the victim exits the store and returns to his vehicle, ANDERSON and EDMONDSON rush toward the victim. ANDERSON has a dark-colored handgun in his right hand, which he points at the victim's face. The victim raises both of his hands. ANDERSON then appears to take something from the victim and gets into the victim's car. The victim can be seen pointing to something inside the car. ANDERSON then exits and appears to check the victim's pockets and waistband before grabbing the victim's phone from his hand. EDMONDSON gets into the driver's seat of the victim's Infiniti but then exits again. ANDERSON gets into the driver's seat of the Infiniti and pulls away. EDMONDSON then gets into the driver's seat of the Mercedes-Benz and follows the Infiniti away from the scene.

## Second Vehicle Sighting and Apprehension of Suspects

Later in the afternoon of October 4, 2024, between approximately 3:30 and 4:00 p.m., the victim's mother saw the victim's carjacked vehicle near the offense location. The victim's mother followed the vehicle to a Mobil gas station at 4519 Benning Road Southeast, Washington, DC where she took photographs of the two persons who were in the vehicle. In one of the photographs, two individuals are depicted walking alongside a parked, gold Infiniti sedan, consistent with the carjacked Infiniti. The individual near the front passenger side of the vehicle, later identified as EDMONDSON, is wearing a white t-shirt, black sweatpants, and black sneakers. This individual has a visible neck tattoo. The other individual near the driver's side of the vehicle, later identified as ANDERSON, is wearing black pants, a black sweatshirt, black sneakers, and a black item, which could have been a mask or cap, covering his hair.

The victim's mother pulled into the parking lot and beckoned the carjacked Infiniti's driver over to the front passenger window of her vehicle. He approached, and she said something to the effect of, "You have gorgeous eyes" and asked where they got the car from. He replied, "Thank you," and the victim's mother held his hand. The victim's mother then asked, "Can my son please have his car back?" The driver appeared puzzled and said words like, "I bought it for $1000." The victim's mother responded to the effect of, "Give me the keys, and I will be done with it." The male walked back to the carjacked Infiniti and sat in the driver's seat with his legs outside of the vehicle. A moment later, the carjacked Infiniti pulled out of the parking lot with both driver and passenger doors ajar and the suspects inside. The victim's mother called 911 and made a report to police.

A short while later the victim's mother again saw her son's carjacked Infiniti. She called 911 a second time but did not follow the vehicle or attempt to confront the occupants. She stopped and spoke to two police officers, who told her that her information had been relayed and that they were in communication with a police helicopter.

During subsequent interviews, detectives learned that the victim's mother had shown to her son the photograph she took during the above-described interaction. Her son indicated that the darker skinned suspect appeared to look like someone he knew. In a separate law enforcement interview with the victim, he said the light skinned individual looked like a person with whom he went to grade school, based on his physical characteristics. He believed the person's last name was Johnson. He also stated that the two individuals pictured on his mother's phone, based on their physical characteristics, appeared to be the same persons who carjacked him.

At approximately 4:03 p.m., a Sixth District unit advised they observed the victim's gold-colored carjacked Infiniti sedan traveling in the area. MPD helicopter Falcon, which was in the air for a training flight, overheard this transmission and was able to locate the vehicle at Astor Place Southeast and 53rd Street Southeast. Falcon transmitted the vehicle's location over the radio. MPD Cruiser 600 advised that no MPD units were to pursue the vehicle. Falcon continued to monitor the vehicle from the air and watched the vehicle recklessly drive from the Sixth District to the Fifth District and to the First District. As Falcon radioed the vehicle's changing location and reckless driving, MPD officials continued to direct that no MPD units were to pursue the vehicle.

Falcon relayed to U.S. Capitol Police (USCP) that the carjacked Infiniti was in heavy traffic at 5th Street and East Capitol Street Southeast. A short time later, the carjacked Infiniti was involved in a traffic accident at Independence Avenue Southeast and East Capitol Street. The carjacked Infiniti left the scene of the collision and continued to drive recklessly until it was in the area around RFK Stadium, where it again became stuck in heavy traffic. The carjacked Infiniti stopped, and two suspects bailed out, fleeing the location on foot. The carjacked Infiniti was secured and identified as the vehicle carjacked in the earlier morning hours of October 4 at the BP gas station.

The individual who bailed from the driver's door of the carjacked Infiniti, ANDERSON, was wearing all black, and he ran away from the crashed Infiniti with an object consistent with a firearm in his hand. The individual who fled from the front passenger seat of the carjacked Infiniti, EDMONDSON, was wearing a black puffy jacket, and he ran toward the recreation fields northeast of RFK stadium with a USCP officer in pursuit.

The front passenger was stopped on the recreational fields by USCP and placed under arrest. It was at this point that he identified himself as Terrell EDMONDSON. EDMONDSON's clothing was consistent with that worn by the passenger in the Mercedes-Benz during the carjacking and one of the subjects observed with the carjacked Infiniti by the victim's mother. Additionally, EDMONDSON has a large neck tattoo.

The driver, while still in possession of a handgun, continued to flee on foot, and went under the Whitney Young Memorial Bridge and out of Falcon's sight. A USCP officer pursued the driver

on foot, watched the driver go into the Anacostia River, and saw the driver put the handgun to his head. Officers got into a tactical position, and a barricade was declared. MPD Emergency Response Team (ERT) and their negotiators responded to the scene. Around 6:42 p.m., the driver (ANDERSON) dropped the gun in the river, surrendered to officers on the scene, and was placed under arrest. He then identified himself as Taurian ANDERSON. ANDERSON's clothing was consistent with that worn by the driver of the Mercedes-Benz during the carjacking and one of the subjects observed with the carjacked Infiniti by the victim's mother. ANDERSON has a tattoo on his right hand that appears similar to the tattoo seen on the driver of the Mercedes-Benz in footage from the carjacking.

EDMONDSON was transported to the MPD Sixth District by USCP. ANDERSON was transported to the Comprehensive Psychiatric Emergency Program before being released and transported to the MPD Sixth District. A black Glock 9mm handgun was recovered from the river by MPD Harbor Patrol on October 5, 2024. From the chamber, MPD recovered one cartridge stamped 9mm Luger Win.

## Suspect Interviews

Officers from MPD and USCP interviewed EDMONDSON after he waived his rights and agreed to speak with them. EDMONDSON said that he spent the night at a female's house, and when he woke up, ANDERSON called him and stated he needed a ride to Baltimore to purchase a vehicle that he had found on Facebook for $1000. EDMONDSON reluctantly agreed, and they drove to Baltimore and met the seller of the Infiniti at an Exxon gas station. ANDERSON paid $975 for the vehicle. The seller did not provide them with a title to the vehicle. ANDERSON and EDMONDSON took possession of the vehicle and drove back to D.C. ANDERSON drove the Infiniti while EDMONDSON drove ANDERSON's family member's vehicle. After arriving at ANDERSON's family member's residence in Saratoga, EDMONDSON sat inside the front passenger seat of the Infiniti, and they drove away. While driving near RFK stadium, they discovered they were being followed by a helicopter. They continued driving when police vehicles attempted a traffic stop. ANDERSON continued driving i.e., swerving in and out of traffic, until another vehicle collided into their vehicle, which caused the Infiniti to spin uncontrollably. ANDERSON continued driving until the vehicle became inoperable. ANDERSON and EDMONDSON both fled on foot from the vehicle. At this time, EDMONDSON observed that ANDERSON was armed with a Glock-type handgun. ANDERSON and EDMONDSON ran in separate directions while being pursued by law enforcement officers. EDMONDSON stopped running and surrendered to law enforcement.

Upon further questioning, EDMONDSON changed his account. EDMONDSON informed the detectives that he was going to tell the truth. Edmonson maintained that ANDERSON had purchased the Infiniti from someone near Baltimore but said that he had not gone with him. EDMONDSON also admitted that he had driven the Infiniti earlier that day on Benning Road after getting the key from ANDERSON and that he then picked up ANDERSON from Hillside Road Southeast before the subsequent pursuit. The rest of his account was generally consistent with his previous account. EDMONDSON said that he thought the police were chasing them because the tags were expired but then admitted that he knew the vehicle was stolen when he learned that it had no title.

After further questioning and a short break, EDMONDSON changed his account again. EDMONDSON said, "I'm going to regret doing this, man. Alright, it's the truth." EDMONDSON then told officers that the victim had robbed them two or three weeks ago and that they had been looking for him. He said that they were going to "beat the shit" out of the victim and had gone to his school and to the Home Depot where he works, but they couldn't find him. He said that he didn't really know the victim, but that ANDERSON knew him. EDMONDSON said that they were driving around with some females in EDMONDSON's Mercedes-Benz when they saw the victim at the gas station because they recognized his car. EDMONDSON said that they put on masks, and ANDERSON "whipped out" on the victim. ANDERSON took the victim's vehicle, EDMONDSON got back into the Mercedes-Benz, and they drove away. An MPD detective asked EDMONDSON about other cars that might have been with them. EDMONDSON said that there was a red Infiniti that was following them, but it was the victim's mother. EDMONDSON said that the victim's mother asked ANDERSON where they got the vehicle from and he replied with words to the effect of, "We brought it for a band." EDMONDSON said that the victim's mother told them that that wasn't true because it was her son's car.

Officers from MPD and USCP interviewed ANDERSON who waived his rights and agreed to provide a statement. During the interview, ANDERSON said that he drove to Baltimore, Maryland where he paid $1,000 for the Infiniti sedan. After questioning about inconsistencies in his story, ANDERSON changed his account. He said that he purchased the vehicle for $150 near the Benco Shopping Center on Benning Road. ANDERSON said that he knew the person who he had purchased the vehicle from however he also said he "didn't know him." Officers noted that ANDERSON is a slim build, approximately 5'11" in height, and has noticeable acne on his forehead. ANDERSON admitted to possession of a black Glock 43X Gen 5 9mm handgun, purchasing the carjacked vehicle around 3:30 or 4:00 a.m. for approximately $150, and fleeing from the police. ANDERSON denied involvement in the armed carjacking and denied being in the dark colored Mercedes-Benz. ANDERSON began crying and said that he let a lot of people down. The officers allowed ANDERSON to make a telephone call before they exited the interview room.

After an approximately ten-minute break, ANDERSON changed his account again. ANDERSON admitted that he was in the Mercedes-Benz at the time of the carjacking. ANDERSON said that, while they were driving, one of the occupants spotted the victim's vehicle and said they were going to get it. ANDERSON said that he was in the back seat on the passenger side, EDMONDSON was in the front passenger seat, and another individual was driving. ANDERSON said that EDMONDSON and the driver exited the Mercedes-Benz. Only one of them was armed with the handgun. They carjacked the victim, and one of the occupants returned to the Mercedes-Benz and drove away. Both vehicles were driven back to the Benning Road Southeast area. ANDERSON then took possession of the carjacked Infiniti. ANDERSON said that his gun was in his waistband, and he never exited the Mercedes-Benz until after the offense was committed. ANDERSON denied knowledge of any beef between the victim and EDMONDSON.

ANDERSON has a prior criminal felony conviction for a crime that is punishable by a term of incarceration greater than one year. In D.C. Superior Court case 2023-CF2-007964, ANDERSON was convicted of Carrying a Pistol Without a License (Outside Home or Place of Business), and he was sentenced on February 1, 2024, under the Youth Rehabilitation Act to 18

5

months of probation in lieu of one year of incarceration. As a result, at the time of his arrest, ANDERSON was aware that he had a prior conviction for a crime punishable by more than one year of imprisonment.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition recovered from the Anacostia River as described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

Based on the foregoing, your affiant submits that there is probable cause to believe that on or about October 4, 2024, defendants Taurian ANDERSON and Terrell EDMONDSON violated 18 U.S.C. § 2119 (Carjacking), 18 U.S.C § 924(c) (Possession of a Firearm During a Crime of Violence), and 18 U.S.C. § 2 (Aiding and Abetting). There is also probable cause that defendant ANDERSON violated 18 U.S.C. § 922(g)(1) (Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

_____
Special Agent Brian Hills
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on October 17, 2024.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge

6